CR-08-589-DLJ

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☑ INDICTMENT   ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

18 U.S.C. §§ 2113(a) and (d) - Armed Bank Robbery;
18 U.S.C.. § 924(c)(1)(A)(ii) - Using, Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
COUNT 1: Imprisonment - Max 25 Years; $250,000 fine; 5 years supervised release; $100 Special Assessment. COUNT [2]: Imprisonment - Max 20 Years, Mandatory 7 Years; $250,000 fine; 3 years supervised release; $100 Special Assessment.

FILED
SEP - 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT - U.S.**
▶ HENRY DONNELL WILLIAMS

**DISTRICT COURT NUMBER**
CR08-589 DLJ

E-filing

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM   JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   WADE M. RHYNE, AUSA

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☑ State

If answer to (6) is "Yes", show name of institution
Richmond Detention Center - Contra Costa County

Has detainer been filed?  ☐ Yes  ☐ No } If "Yes" give date filed

**DATE OF ARREST** ▶ 8/7/2008     Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶     Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:
Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND

**CR08-589  DLJ**

FILED
SEP - 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA,

V.



E-filing

HENRY DONNELL WILLIAMS,

DEFENDANT(S).

---

## INDICTMENT

18 U.S.C. §§ 2113(a) and (d) – Armed Bank Robbery;
18 U.S.C. § 924(c)(1)(A)(ii) – Using, Carrying, and Brandishing a
Firearm During and in Relation to a Crime of Violence

---

A true bill.

_____
                                    Foreman

Filed in open court this __3 rd.__ day of

__SEPT. 2008__.

_____
                                    Clerk

Bail, $ _No bail arrest warrant._
9-3-08

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

**FILED**
SEP - 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

CR08-589   DLJ

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No.: |
| Plaintiff, ) | |
| ) | VIOLATIONS: 18 U.S.C. §§ 2113(a) and (d) – Armed Bank Robbery; |
| v. ) | 18 U.S.C. § 924(c)(1)(A)(ii) – Using, Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence |
| HENRY DONNELL WILLIAMS, ) | |
| Defendant. ) | OAKLAND VENUE |

## INDICTMENT

The Grand Jury charges:

<u>COUNT ONE</u>:    (18 U.S.C. §§ 2113(a) and (d) – Armed Bank Robbery)

   1.    On or about August 7, 2008, in the Northern District of California, the defendant,

HENRY DONNELL WILLIAMS,

did knowingly and by force and violence, and by intimidation, take from the person and presence of employees of Bank of America, 2020 Willow Pass Road, Concord, California, approximately $14,850 in money belonging to and in the care, custody, control, management, and possession of

INDICTMENT

1  that bank, the funds of which were then insured by the Federal Deposit Insurance Corporation.

2      2.    In committing the offense charged in paragraph one above, the defendant assaulted and put in jeopardy the life of another person by use of a dangerous weapon, namely, a firearm.

All in violation of Title 18, United States Code, Sections 2113(a) and (d).

COUNT TWO:    (18 U.S.C. § 924(c)(1)(A)(ii) – Using, Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence)

On or about August 7, 2008, in the Northern District of California, the defendant,

HENRY DONNELL WILLIAMS,

did knowingly use, carry, and brandish a firearm during and in relation to the crime of violence alleged in Count One herein, which crime may be prosecuted in a court of the United States, and, in furtherance of that crime, did possess and brandish that firearm, all in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

DATED: September 3, 2008    A TRUE BILL.

_____
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

_____
W. DOUGLAS SPRAGUE
Chief, Oakland Branch

(Approved as to form: _____ )
                         AUSA WADE M. RHYNE

INDICTMENT                    2