1 | Anne C. Beles  Bar No. 200276
2 | 1 Kaiser Plaza; suite 2300
  | Oakland, CA 94612
3 | (510) 836-0100 office
4 | (510) 832-3690 fax
5 |
6 | Attorney for Henry Williams

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-08-0589 DLJ |
|---|---|---|
| Plaintiff, | ) | STIPULATED REQUEST TO CONTINUE HEARING DATE TO JANUARY 9, ~~2008~~ 2009 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) | |
| HENRY WILLIAMS, | ) | Date:   December 5, 2008 |
| Defendants. | ) | Time:   9:00 a.m. |
| | ) | Court:  Hon. D. Lowell Jensen |

The above-captioned matter is currently set on December 5, 2008 before this Court for motions setting or disposition or trial setting.  The parties request that this Court continue the hearing to January 9, ~~2008~~ 2009 at 9:00 a.m. and that the Court continue to exclude time under the Speedy Trial Act between December 5, 2008 and January 9, ~~2008~~ 2009.

The defendant is continuing to review discovery with counsel and require more time to adequately evaluate the case for trial or settlement.  Accordingly, both parties require additional time to effectively prepare the case for further disposition.  Defense counsel has a previously scheduled vacation during the last two weeks of December.  For those reasons, and because of the availability of the defendants' counsel, the parties stipulate and request that the Court continue to exclude time between December 5, 2008 and January 9, ~~2008~~ 2009 under the Speedy Trial Act for reasonable time necessary for counsel to effectively prepare, pursuant to 18 U.S.C. §

STIP. AND [PROPOSED] ORDER TO CONTINUE
HEARING TO JANUARY 9, 2008 AND TO EXCLUDE TIME
No. CR-08-0589 DLJ

3161(h)(8)(B)(iv).  The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: December 2, 2008

\_\_\_\_\_/s/_____  _____/s/_____
ANNE C. BELES                                                    WADE M. RHYNE
Attorney for Henry Williams                                 Assistant United States Attorney

STIP. AND [PROPOSED] ORDER TO CONTINUE
HEARING TO JANUARY 9, 2008 AND TO EXCLUDE TIME
No. CR-08-0589 DLJ

1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11  | UNITED STATES OF AMERICA,     )   No. CR-08-0589 DLJ
                                    )
12  |     Plaintiff,                )   [PROPOSED] ORDER TO CONTINUE
                                    )   HEARING DATE TO JANUARY 9, ~~2008~~ 2009
13  |  v.                           )   AND TO EXCLUDE TIME UNDER THE
                                    )   SPEEDY TRIAL ACT
14  | HENRY WILLIAMS,               )
                                    )   Date:    December 5, 2008
15  |     Defendants.               )   Time:    9:00 a.m.
                                    )   Court:   Hon. D. Lowell Jensen
16  |_____  )
                                    )
17

18
    The parties jointly requested that the hearing in this matter be continued from December
19
    5, 2008 to January 9, ~~2008,~~ 2009 and that time be excluded under the Speedy Trial Act between
20
    December 5, 2008 through January 9, ~~2008~~ 2009 to allow for the effective preparation of counsel for
21
    the reasons set forth in the parties' stipulated request.  For these stated reasons, the Court finds
22
    that the ends of justice served by granting the continuance outweigh the best interests of the
23
    public and the defendant in a speedy trial.  Good cause appearing therefor, and pursuant to 18
24
    U.S.C. § 3161(h)(8)(B)(iv),
25
        **IT IS HEREBY ORDERED** that this matter is set for motions setting or disposition or
26
    trial setting on December 5, 2008, at 9:00 a.m., and that time between December 5, 2008 through
27
28
    STIP. AND [PROPOSED] ORDER TO CONTINUE
    HEARING TO JANUARY 9, 2008 AND TO EXCLUDE TIME
    No. CR-08-0589 DLJ

1  January 9, ~~2008~~ 2009 will continue to be excluded under the Speedy Trial Act to allow for the

2  effective preparation of counsel, taking into account the exercise of due diligence.

4  DATED: December 3, 2008

   _____
   HON. D. LOWELL JENSEN
   United States District Judge

STIP. AND [PROPOSED] ORDER TO CONTINUE
HEARING TO JANUARY 9, 2008 AND TO EXCLUDE TIME
No. CR-08-0589 DLJ