1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT
9                             NORTHERN DISTRICT OF CALIFORNIA
10                                     OAKLAND DIVISION

11  UNITED STATES OF AMERICA,              )    No. CR-08-0589 DLJ
                                           )
12         Plaintiff,                      )    ORDER GRANTING STIPULATED
                                           )    REQUEST TO CONTINUE HEARING
13     v.                                  )    DATE TO FEBRUARY 6, 2009 AND TO
                                           )    EXCLUDE TIME UNDER THE SPEEDY
14  HENRY DONNELL WILLIAMS,                )    TRIAL ACT
                                           )
15         Defendant.                      )    Date:   February 6, 2009
                                           )    Time:   9:00 a.m.
16  _____)    Court:  Hon. D. Lowell Jensen

17
18

19       The parties jointly requested that the hearing in this matter be continued from January 23,

20  2009 to February 6, 2009, and that time be excluded under the Speedy Trial Act between January

21  23, 2009 and February 6, 2009 to allow for the effective preparation of counsel for the reasons

22  set forth in the parties' stipulated request.  For these stated reasons, the Court finds that the ends

23  of justice served by granting the continuance outweigh the best interests of the public and the

24  defendant in a speedy trial.  Good cause appearing therefor, and pursuant to 18 U.S.C. §

25  3161(h)(8)(B)(iv),

26       **IT IS HEREBY ORDERED** that this matter is set for motions setting or disposition or

27  trial setting on February 6, 2009 at 9:00 a.m., and that time between January 23, 2009 and

28
STIP. AND [PROPOSED] ORDER
TO CONTINUE HEARING TO
FEBRUARY 6, 2009 AND TO EXCLUDE TIME
No. CR-08-0589 DLJ

1  February 6, 2009 will continue to be excluded under the Speedy Trial Act to allow for the
2  effective preparation of counsel, taking into account the exercise of due diligence.
3
4  DATED: January 21, 2009                    _____
                                                HON. D. LOWELL JENSEN
5                                               United States District Judge

STIP. AND [PROPOSED] ORDER
TO CONTINUE HEARING TO
FEBRUARY 6, 2009 AND TO EXCLUDE TIME
No. CR-08-0589 DLJ