**Anne C. Beles**
**CA State Bar No. 200276**
1 Kaiser Plaza, Suite 2300
Oakland, California 94612
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

UNITED STATES OF AMERICA,

*Plaintiff,*

vs.

HENRY WILLIAMS,

*Defendant.*

No.  CR-08-0589 DLJ
CR-09-0078 DLJ

STIPULATION TO CONTINUE
SENTENCING DATE

DATE:  May 15, 2009

TIME:   10:00 a.m.

   **IT IS HEREBY STIPULATED AND AGREED**, by and between Wade Rhyne, United

States Attorney, counsel for the United States of America, and Anne C. Beles, Esq. counsel for

defendant Henry Williams, that the sentencing in the above-captioned matters currently scheduled

for, May 15, 2009, at the hour of 10:00 a.m., be vacated and continued to  Friday, June 26th, 2009 at

10:00 a.m.

   This Stipulation is entered into for the following reasons:

   1.  Defense counsel could not accommodate a probation interview until April 8, 2009.

   Therefore, a report could not be generated nor reviewed within the standard time line.

   2.  The defendant is incarcerated and does not object to the continuance sought herein.

3.  Defense counsel has spoken the United States Attorney, Wade Rhyne and he has no objection to this continuance.

4.  Denial of this request for continuance could result in a miscarriage of justice.

This is the first request for continuance of the judgement and sentence filed herein.

**Dated** this 9th  day of April 2009.


/s/ Anne C. Beles                                              /s/ Wade Rhyne

Anne C. Beles, ESQ.                                      Wade Rhyne
Counsel for defendant Henry Williams            United States Attorney

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

**IT IS THEREFORE ORDERED** that the sentencing hearing, currently scheduled for May 15th, 2009 at 10:00 a.m., be vacated and continued to **Friday, June 26, 2009** at **10:00 a.m**. in Courtroom 1.

**Date:   4/20/09**

D. Lowell Jensen
United States District Judge